■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. AUSTIN BOYD, JR., Defendant.— Motions (1) for the inspection of the minutes of the Grand Jury; (2) for a statement showing the names of the witnesses appearing before the Grand Jury; (3) for a bill of particulars. Motions in each respect denied. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.

## (June 16, 1959)

■ In the Matter of the Claim of JOHN D. McLEAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— This matter has been before the court on several occasions. Apparently the application herein is one for reargument or instructions, or both. We are unable to find anything of a justiciable or appealable nature. Application denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JUDY TUCKER, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— Motion for an order directing the Industrial Commissioner to pay fees and disbursements. Respondent presents a disbursement in the sum of $11.98 for transportation. We find no authority for the allowance of such an item of disbursements (Civ. Prac. Act, § 1518). The allowance for disbursements is limited to the sum of $42.74. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of BERTHA SHOTKIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order appointing an attorney to represent claimant on appeal pursuant to the provisions of subdivision 1 of section 538 of the Unemployment Insurance Law (Labor Law, art. 18). Motion granted and Robert L. Harder, Esq., of 90 State St., Albany, New York, is appointed as attorney to represent claimant. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LE ROY McGUINESS, Petitioner.— Application for an order changing the venue from Rensselaer County to Albany County on the ground that a fair and impartial trial cannot be had in the County of Rensselaer. Application denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ KARL O. WILHELM, as Administrator of the Estate of KARL A. WILHELM, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. LILLIAN B. TORTORELLA, as Administratrix of the Estate of JOSEPHINE BENI, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. LILLIAN B. TORTORELLA, as Administratrix of the Estate of SAVINO BENI, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. MARION BENI, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals. Motion for reargument granted, without costs, and the case is set down for reargument for the September 1959 Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS P. REILLY, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time is extended for 120 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.